IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SERGIO RAMIREZ,

      Appellant,

v.

JORDA ENTERPRISES, INC./
TECHNOLOGY INSURANCE
COMPANY, INC.,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4708

Opinion filed May 4, 2015.

An appeal from an order of the Judge of Compensation Claims.
Sylvia Medina-Shore, Judge.

Date of Accident: July 16, 2011.

Richard A. Sicking and Mark A. Touby of Touby, Chait & Sicking, P.L., Coral
Gables, for Appellant.

Rayford H. Taylor of Casey Gilson, P.C., Atlanta, Georgia, for Appellee.


PER CURIAM.

      AFFIRMED.

LEWIS, C.J., RAY and SWANSON, JJ., CONCUR.